IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 09-00065 SOM-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QUOC THI HOANG NGUYEN, | ) | |
| a.k.a. QUOC THI H. TRAN, n.k.a. | ) | |
| QUOC THI HOANG | ) | |
| OSTERHOUDT, and QUOC THI | ) | |
| HOANG NGUYEN, n.k.a. QUOC | ) | |
| THI HOANG OSTERHOUDT as the | ) | |
| Personal Representative of the Estate | ) | |
| THANH CONG TRAN; LUCY NEI- | ) | |
| JEN CHIEN;  ROBERT D. | ) | |
| GOETSCH;  ELFRIDE GROH; | ) | |
| AMERICAN SAVINGS BANK; | ) | |
| STATE OF HAWAII, | ) | |
| DEPARTMENT OF TAXATION; | ) | |
| GERRELL MANAGEMENT, INC. | ) | |
| n.k.a. CTMS, INC.; PAUAHI | ) | |
| ASSOCIATES; RELIABLE | ) | |
| COLLECTION AGENCY; | ) | |
| GENTRY-WAIPIO COMMUNITY | ) | |
| AREA ASSOCIATION; VICTOR | ) | |
| W. T. LEE; JEANETTE Y. L. LEE; | ) | |
| DISCOVER BANK and LEVLYN | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION</u>

- 2 -

Findings and Recommendation having been filed on November 5, 2009 and served on all parties on November 6, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, November 20, 2009.



  /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Nguyen, et al., Civil No. 09-00065 SOM/LEK; Order Adopting Magistrate's Findings and Recommendation